**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alexander ANJULO–JARAMILLO, also**
**known as Luiz Rivera–Garcia,**
**Defendant–Appellant.**

**No. 08–30774**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 10, 2010.

Joseph A. Capone, U.S. Attorney's Office Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Virginia Laughlin Schlueter, Federal Public Defender, Federal Public Defender's Office Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellant.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Alexander Anjulo–Jaramillo has moved for leave to withdraw and has filed a brief in

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Anjulo–Jaramillo has filed a response. Our independent review of the record, counsel's brief, and Anjulo–Jaramillo's response discloses no nonfrivolous issue for appeal. Counsel has shown that there is no nonfrivolous issue for appeal concerning whether Anjulo–Jaramillo was entitled to a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based on the amendments to the cocaine base guidelines provision or Amendments 707 and 709. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

\* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.